39 F.3d 1170
 1994 O.S.H.D. (CCH) P 30,581
 Mates (Robert E.)
v.
Occupational Safety and Health Administration, Gilmartin
(Matthew W.), Regional Supervisor Investigator, Johannes
(Arthur M.), Acting Supervisory Investigator, Auchter
(Thorne G.), Former Assistant Secretary, Miles (John B.,
Jr.), Director of Field Operations, Salem (George R.),
Solicitor of Labor Zinman (Seth D.), Associate Solicitor for
Legislation and Legal Counsel, Pendergrass (John A.), Former
Assistant Secretary, Tyson (Patrick R.), Former Acting
 NO. 93-5508
 United States Court of Appeals,
Third Circuit.
 Sept 29, 1994
 
 1
 Appeal From: D.N.J.
 
 
 2
 VACATED.